UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Marvin Jerome Johnson**　　　　　　　　　　　　　　　　　　Docket No. 2:18-CR-24-1FL

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Marvin Jerome Johnson, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine and a Quantity of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on May 21, 2019, to the custody of the Bureau of Prisons for a term of 12 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 3 years.

Marvin Jerome Johnson was released from custody on June 6, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Per the Judgment and Commitment Order, Johnson was ordered to pay a $100 special assessment and $1,000 fine. The court also ordered that the special assessment and fine be paid immediately. As previously noted, the defendant was sentenced to 12 months imprisonment and was released less than one month following the imposition of his sentence. As such, Johnson was unable to earn any money during his term of imprisonment or make any payments through the Federal Bureau of Prisons' Inmate Financial Responsibility Program. Additionally, as noted in the Presentence Report, the defendant's Supplemental Security Income (SSI) was terminated in September 2017 following his arrest for the instant offense.

Since his release from imprisonment on June 6, 2019, Johnson has reapplied for reinstatement of his SSI and has begun receiving monetary payments of $693.90 in August 2019. Although the defendant has a source of income, he is unable to pay the monetary obligation in full as ordered by the court. As such, it is respectfully requested that Johnson be allowed to pay the monetary obligation at the rate of $50 per month beginning on August 2, 2019. The defendant signed an agreement to pay said amount and has complied with the agreement thus far by making a payment of $50 for the month of August. The outstanding balance is $1,050.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay to the Clerk of Court at least $50 per month beginning on August 2, 2019, and continuing each month until paid in full.

**Marvin Jerome Johnson**
**Docket No. 2:18-CR-24-1FL**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Lakesha H. Wright |
| Dwayne K. Benfield | Lakesha H. Wright |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 306 East Main Street, Room 306 |
| | Elizabeth City, NC 27909-7909 |
| | Phone: 252-335-5508 |
| | Executed On: August 19, 2019 |

### ORDER OF THE COURT

Considered and ordered this ___19th___ day of _____August_____, 2019, and ordered filed and made a part of the records in the above case.

_/s/ Louise V. Flanagan_
Louise W. Flanagan
U.S. District Judge